# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**JOHN W. DOWDLE**                                                                   **PLAINTIFF**

**v.**                             **CIVIL ACTION NO.: 4:17cv139-MPM-JMV**

**AARON THOMAS and**
**PROGRESSIVE INSURANCE COMPANY**                      **DEFENDANTS**

## ORDER AMENDING CASE MANAGEMENT ORDER

This matter is before the Court following the [28] Telephonic Status Conference regarding Case Management Order [8] amendments. Accordingly, the Court's amendments are as follows:

A. Plaintiff and Defendants shall designate expert witnesses by **6/1/2018**;

B. Discovery shall be completed by **6/25/2018**; and

C. Dispositive and Daubert motions are due by **7/5/2018**. The deadline for motions *in limine* is fourteen days before the pretrial conference; the deadline for responses is seven days before the pretrial conference.

The parties are advised that no further extensions will be granted absent a trial continuance.

**SO ORDERED** this, the 1st day of May, 2018.

                                                 /s/ Jane M. Virden
                                                 **UNITED STATES MAGISTRATE JUDGE**